**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 16-cr-00045-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    VERONICA SISNEROS,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA HEARING**
_____

Pursuant to the Notice of Disposition filed on February 5, 2016 (Docket No. 3).  A Change of Plea Hearing is set for **February 16, 2016** at **2:30 p.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 8th day of February, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge